UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOMINGO VILLARREAL                                              CIVIL ACTION

versus                                                                       NO. 12-1163

21ST JUDICIAL DISTRICT COURT                          SECTION: "A" (1)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Domingo Villarreal** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of November, 2012.

UNITED STATES DISTRICT JUDGE
JAY C. ZAINEY